IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McKinney, Elaine

Printed: 12/23/08

Case Number: 04 B 44914
Judge: Squires, John H
Filed: 12/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 5, 2008
Confirmed: March 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 28,900.00 |  |
| Secured: |  | 22,090.37 |
| Unsecured: |  | 2,428.37 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,504.13 |
| Other Funds: |  | 177.13 |
| Totals: | 28,900.00 | 28,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 3. | Deutsche Bank National | Secured | 18,741.44 | 9,152.78 |
| 4. | Chicago Patrolmen's Fed Credit Union | Secured | 12,937.59 | 12,937.59 |
| 5. | Chicago Patrolmen's Fed Credit Union | Unsecured | 120.53 | 1,205.29 |
| 6. | Chicago Patrolmen's Fed Credit Union | Unsecured | 122.31 | 1,223.08 |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,621.87 | $ 27,218.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 200.00 |
| 3% | 22.16 |
| 5.5% | 368.76 |
| 5% | 45.00 |
| 4.8% | 84.00 |
| 5.4% | 453.60 |
| 6.5% | 273.00 |
| 6.6% | 57.61 |
|  | $ 1,504.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McKinney, Elaine

Printed: 12/23/08

Case Number:  04 B 44914
Judge:  Squires, John H
Filed:  12/7/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

